PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Banks, Eric                                                            Cr.: 07-00571-001
                                                                                          PACTS Number: 46956

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 11/08/07

Original Offense: Use of communications facility yo distribute narcotics

Original Sentence: Supervised release for three years, drug treatment, three years home confinement, DNA testing, associations restrictions and employment requirements.

Type of Supervision: Supervised release                    Date Supervision Commenced: 11/08/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

Since being placed on supervsion on November 7, 2007, and home confimennt on November 14, 2007, Mr. Banks has complied with all of the conditions of supervision and home confinement, avoided new criminal activity and maintained gainful employment. Based on this information we are recommending that the balance of his term of home confinement be removed.

Respectfully submitted,

By: Stanley K. Whetstone
    Senior U.S. Probation Officer
Date: 8/5/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

August 14, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Faith S. Hochberg
U. S. District Court Judge
Martin Luther King Jr. Federal Building & Courthouse
PO Box 0999
50 Walnut Street
Newark, New Jersey 07110-0999

Re: Banks, Eric
Dkt.#: 07-00571-001
**Request to Modify Special Conditions
of Supervised Release**

Dear Judge Hochberg:

On November 11, 2007, the above mentioned offender was sentenced to time served (approximately 13 months) on a charge of use of communication to facility to distribute narcotics. He was placed on supervised release for three years. Special conditions imposed were thirty-six months (3 years) home confinement with electronic monitoring, drug treatment, association restrictions, employment requirements, and DNA testing. A $100 special assessment was also imposed.

On November 14, 2007, Mr. Banks began his term of home confinement. He has completed this nine-month period without incident.

Since being placed on supervision, Mr. Banks has complied with all directives of the U.S. probation office. There have been no incidents of non-compliance, he has maintained employment, he has avoided any new involvement in criminal activity, and all testing for illegal substances has been negative. He also satisfied the special assessment fee.

Based on this information, we are now recommending that the remainder (27 months) of the twenty seven months of Mr. Banks' home confinement term be removed. We will continue to monitor him closely and will report any non-compliance to the Court immediately. If necessary, we can then sanction the defendant as deemed appropriate by the Court, and re-impose the remaining term of home-confinement. If Your Honor is agreement with our recommendation, please sign the enclosed Form 12B.

If the Court has any questions, or requires more information, please contact the undersigned officer at 973-223-0694.

Respectfully submitted,

Christopher Maloney, Chief
U. S. Probation Officer

By: Stanley K. Whetstone
Sr. U.S. Probation Officer